IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation,

    Plaintiff,

  -vs-

METRO PRINTING & PUBLISHING, INC.,
d/b/a RECORD PRINT AND PUBLISHING,
an Illinois corporation,

    Defendant.               NO. 11-CV-454-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 3, 2012, judgment is entered in favor of the plaintiff, **GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,** and against the defendant, **METRO PRINTING & PUBLISHING, INC., d/b/a RECORD PRINT AND PUBLISHING, an Illinois corporation,** in the total amount of **$225,322.91,** this judgment consists of judgment in the principal amount of $183,951.35, plus accrued interest from April 25, 2011, to August 19, 2011, in the amount of $10,409.93, plus accrued interest from August 19, 2011 to April 3, 2012, in the amount of $20,774.88, plus attorneys' fees and expenses in the amount of $10,186.75**.** This case is **DISMISSED**  with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                              BY:      */s/Sandy Pannier*
                                          Deputy Clerk

Dated: April 3, 2012

David R. Herndon
2012.04.03
14:17:38 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT